AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

United States of America
v.

GEORGE ANTHONY DEVOLDER SANTOS
also known as "George Santos,"

_____
*Defendant*

)
)
)
)
)
)
)

Case No. **CR** **23** **197**

SEYBERT, J.

## ARREST WARRANT

SHIELDS, M.J.

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     GEORGE ANTHONY DEVOLDER SANTOS, a/k/a "George Santos" _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

(1) Wire Fraud, in violation of T. 18, U.S.C., § 1343;
(2) Money Laundering, in violation of T. 18, U.S.C., § 1957;
(3) Theft of Public Monies, in violation of T. 18, U.S.C., § 641; and
(4) False Statements, in violation of T. 18, U.S.C., § 1001.

/s/ Arlene R. Lindsay

Date:     05/09/2023

_____
*Issuing officer's signature*

City and state:     Central Islip, New York

Hon. Arlene R. Lindsay, USMJ
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

_____