**TO: Clerk's Office**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 09 2023 ★

LONG ISLAND OFFICE

**APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

-v.-

GEORGE ANTHONY DEVOLDER SANTOS, a/k/a "George Santos"

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CR 23 197**
Docket Number

SEYBERT, J.

SHIELDS, M.J.

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: AUSA Anthony Bagnuola
Firm Name: _____
Address: U.S. Attorney's Office, Eastern District of New York
610 Federal Plaza, Central Islip NY 11722
Phone Number: (631) 715-7849
E-Mail Address: anthony.bagnuola@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
If yes, state description of document to be entered on docket sheet:

**A)** If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B)** If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Central Islip, NEW YORK
May 9, 2023

/s/ Arlene R. Lindsay
U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE May 9, 2023
DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ____ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ____ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

May 9, 2023
DATE

SIGNATURE