

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH:AXB/LZ
F. #2022R01030

*610 Federal Plaza*
*Central Islip, New York 11722*

May 9, 2023

By E-mail

The Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: United States v. Devolder Santos
     Criminal Docket No. 23-197 (JS) (AYS)

Dear Judge Lindsay:

  The government respectfully moves for an order directing that, upon the execution of the arrest warrant issued on or about May 9, 2023 in the above-referenced-matter, the underlying Indictment and related docket be unsealed.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

      By:  /s/
        Ryan C. Harris, (718) 254-6489
        Anthony Bagnuola, (631) 715-7849
        Laura Zuckerwise, (718) 254-6204
        Assistant U.S. Attorneys

Enclosure

cc: Clerk of Court (by ECF)