AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| USA | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 23cr 197(JS) |
| George Anthony Devolder Santos | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

George Anthony Devolder Santos

Date: 5/10/2023

_____
*Attorney's signature*

Joseph W. Murray
*Printed name and bar number*

185 Great Neck Rd Suite 46
*Address*

Joe@Jmurraylaw.com
*E-mail address*

718-514-3855
*Telephone number*

646-838-1702
*FAX number*