UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

GEORGE ANTHONY DEVOLDER SANTOS,
also known as "George Santos,"
                                       *Defendant.*
------------------------------------------------------------X

Case No.: 23-CR-197(JS)(AYS)

**DECLARATION OF
JOSEPH W. MURRAY**

Honorable. Anne Y. Shields

      JOSEPH W. MURRAY, ESQ., an attorney licensed to practice law in the State of New York and admitted to practice within the Eastern District of New York, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the following is true and correct.

      1.      I am the attorney for Congressman George Santos ("Rep. Santos"), the defendant in the above criminal case.

      2.      I submit this Declaration in further support of my letter response to The Times and News Organizations seeking to unseal the suretors, related papers and proceedings.

      3.      On May 9, 2023, Assistant United States Attorney ("AUSA") Ryan Harris notified me of the indictment and arrest warrant and allowed Rep. Santos to voluntarily return home from Washington D.C., so that Rep. Santos could self-surrender to the Federal Bureau of Investigations ("FBI") on May 10, 2023. It was arranged that after the arraignment May 10, 2023, that Rep. Santos could return to the Capital for Thursday's session, so as to minimize the impediment to performing his legislative duties.  AUSA Harris and I had already been negotiating suitable terms and conditions of release to present to the Court, including, among other things, a $500,000.00 unsecured appearance bond with three financially responsible co-signors, as proposed suretors.

1

4. Sadly, on May 9, 2023, soon after receiving the call from AUSA Ryan Harris, this confidential grand jury indictment and arrest warrant, which was still under seal, was very likely leaked[1] to the Cable News Network ("CNN"), resulting in an immediate media frenzy of phone calls, text messages, emails, and voicemails to me which greatly inhibited my communications with AUSA Harris, my interview our prospective suertors. In addition to the apparent leak making this logistically difficult to engage and prepare the suretors, it also appeared to cause the suretors to fear for their safety and well-being. They all also expressed concern and fear of losing their jobs if they were forced to be identified. One suretor had a change of heart and withdrew from our list of three and the others did not appear at the arraignment on May 10, 2023. Instead, we made other confidential arrangements with the cooperation of AUSA Anthony Bagnuola and the Court.

5. On May 10, 2023, as the media began to amass outside of the Courthouse, I received a call from AUSA Harris who volunteered the services of the wonderful Case Agents from the FBI who arranged an alternative means for my client to enter the courthouse with the assistance of the FBI Case agents.

6. Ultimately, Rep. Santos was well taken care of by the Case Agents, the Marshalls, the court officers, wonderful courtroom deputy and he felt. On May 10, 2023, Rep. Santos was arraigned before Your Honor wherein the Court accepted our joint proposed conditions of release, including the $500,000.00 unsecured appearance bond, which my client signed before being released.

---

[1] There is no doubt in my mind and I can say with great confidence, that this leak did not come from either the prosecution team or the defense team. Instead, it likely came from Department of Justice administrators. In any event, this leaking has been a problem for prior administrators, but the appearance of impropriety and lack of ethics is so dam aging.

7. Your Honor, Rep. Santos and I were envisioning nightmare scenarios of how this arrest and arraignment could have happened. However, speaking from the perspective of a United States citizen, I could not be prouder of my country for the professional, respectful and courteous manner in which every single person involved in this process conducted themselves.

8. Attached hereto are Exhibits B, B1, C, D, E, and F are a sampling of the death threats and harassment that have been directed at the Rep. Santos and staff. In that these threats have been sent to Capital Police, I am requesting to submit them under seal, because it may compromise the investigations if the text is revealed.

9. Attached as Exhibit-G is a threatening email that was sent to me on June 2, 2023, with a copy of my letter requesting an extension of time to respond until today. I also received a short phone call a few hours later in which the caller yelled into the phone, in sum and substance, "who paid Santo's bond!"

10. Attached as Exhibits H and I are voice to text transcripts of two voicemails that I received from some hate filled people.

11. Exhibits J and K are a May 16, 2023 letter from the House Ethics Committee and my letter in response. I include these two exhibits to address an issue raised by The Times about the impropriety of the suretors pursuant to the House Rules.

12. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Queens, New York
June 5, 2023.

By:_____
Joseph W. Murray