**JOSEPH W. MURRAY, ESQ.**
185 Great Neck Road, Suite 461
Great Neck, New York 11021
T: (646) 838-1702
F: (646) 514-4771
C: (718) 514-3855
E: Joe@Jmurray-law.com



JOSEPH W. MURRAY
ATTORNEY AT LAW

**ADMITTED TO PRACTICE**
New York State
Eastern District of New York
Southern District of New York

JMURRAY-LAW.COM

May 22, 2023

**UNDER SEAL**
**Via: Email: shields_chambers@nyed.uscourts.gov**

United States Magistrate Judge Anne Y. Shields
100 Federal Plaza, Courtroom 840
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 22 2023 ★
LONG ISLAND OFFICE

Re: U.S. v. George Santos, 23-CR-197(JS)(AYS)
<u>Extension of deadline to engage a third surety</u>

Your Honor:

I am the attorney for Congressman George Santos, the defendant in the above referenced criminal matter. I write to respectfully request an extension of our May 19, 2023, deadline for my client to engage a third financially responsible surety, to co-sign the $500,000.00 unsecured appearance bond set by Your Honor at arraignment of this matter, to May 30, 2023. The procedural history of this request is as follows.

On May 10, 2023, my client was arraigned on the indictment filed in this case wherein the conditions of my client's release required, among other things, that my client and three financially responsible people co-sign a $500,000.00 unsecured bond. At arraignment, I identified two sureties who were not present in court but were previously interviewed by me and the Government. We were granted until the following Friday, May 19, 2023, to engage our third surety.

On May 15, 2023, we subsequently presented two financially responsible family members who were interviewed by this Court, on the record, and co-signed the bond during a closed courtroom proceeding, which was subsequently sealed.

On May 19, 2023, during a conference call with AUSAs Ryan Harris and Jacob Steiner, I shared the difficulties I had been experiencing in engaging a third surety. I indicated that I would make a request to this Court to extend our deadline from May 19, 2023, to May 30, 2023. AUSA Harris authorized me to include that the Government had no objection to this request. This is the first request to extend the deadline to engage a third surety. In that this request involves a matter currently under seal, I respectfully request that the Court file this letter under seal.

Please feel free to contact me with any questions you may have.

Respectfully,

Joseph W. Murray, Esq.

Cc:
- AUSA Ryan Harris via email: ryan.harris2@usdoj.gov
- AUSA Anthony Bagnuola via email: anthony.bagnuola@usdoj.gov
- AUSA Laura Zuckerwise via email: laura.zuckerwise@usdoj.gov
- AUSA Jacob Steiner via email: jacob.steiner@usdoj.gov
- AUSA Jolee Porter via email: jolee.porter3@usdoj.gov

2