TO: Clerk's Office
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**


FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 22 2023 ★
LONG ISLAND OFFICE



**APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

*********************************
USA

                -v.-                        23-CR-197
                                            _____
                                            Docket Number

*********************************

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ____
Name:_____
Firm Name:_____
Address:_____
_____
Phone Number:_____
E-Mail Address:_____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO____
If yes, state description of document to be entered on docket sheet:
_____
_____
_____

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

_____

**B) If a <u>new</u> application, the statute, regulation, or other legal basis that authorizes filing under seal**

_____
_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY <u>NOT</u> BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: **5/22/23** CENTRAL ISLIP, NEW YORK
/s/ Anne Y. Shields
_____
<u>**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**</u>

RECEIVED IN CLERK'S OFFICE_____
                                        DATE

<u>**MANDATORY CERTIFICATION OF SERVICE**</u>:
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.**) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.**) ____This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_____        _____
      DATE                      SIGNATURE