TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

*******************************************

United States of America

-v-

George Anthony Devolder Santos    Docket Number  2:23-CR-00197

*******************************************

SUBMITTED BY: Plaintiff ☐ Defendant ☐ DOJ ☐
Name: _____
Firm Name: _____
Address: _____
_____
Phone Number: _____
E-Mail Address: _____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ☐ NO ☐
If yes, state description of document to be entered on docket sheet:

A) **If pursuant to a prior Court Order**:
Docket Number of Case in Which Entered: 2:23-CR-00197
Judge: Seybert                                    Date
Entered: 06/20/2023

B) **If a new application**, the statute, regulation, or other legal basis that authorizes filing under seal

_____
_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: 06/20/2023                , CENTRAL ISLIP, NEW YORK

/s/ JOANNA SEYBERT
**U.S. DISTRICT JUDGE**

RECEIVED IN CLERK'S OFFICE _____
                                                                        DATE

**MANDATORY CERTIFICATION OF SERVICE**:
A.) ☐ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: _____; or C.) ☐ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_____        _____
DATE                                              SIGNATURE