# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.** |
| - v - | Case No(s).: **23-cr-0197-JS-AYS** |
| George Anthony Devolder Santos | Date: **1/23/2024** |
| | Start Time: **10:40 AM**　　Total Time: 5 mins. |

## MINUTE ENTRY FOR A CRIMINAL PROCEEDING

### SEALED PROCEEDING: ☐ Yes ☑ No

### I. APPEARANCES:

Defendant (# __1__ ): **George Anthony Devolder Santos**　　Counsel: **Joseph Murray, Andrew Mancilla, Robert Fantone, Jr.**
☑ Present ☐ Not Present ☐ In Custody ☑ On Bond ☐ Surrendered　　☑ Retained ☐ Federal Defender ☐ CJA ☐ ____

Defendant (# ____ ): ____　　Counsel: ____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered　　☐ Retained ☐ Federal Defender ☐ CJA ☐ ____

Defendant (# ____ ): ____　　Counsel: ____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered　　☐ Retained ☐ Federal Defender ☐ CJA ☐ ____

Defendant (# ____ ): ____　　Counsel: ____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered　　☐ Retained ☐ Federal Defender ☐ CJA ☐ ____

Defendant (# ____ ): ____　　Counsel: ____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered　　☐ Retained ☐ Federal Defender ☐ CJA ☐ ____

Defendant (# ____ ): ____　　Counsel: ____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered　　☐ Retained ☐ Federal Defender ☐ CJA ☐ ____

Defendant (# ____ ): ____　　Counsel: ____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered　　☐ Retained ☐ Federal Defender ☐ CJA ☐ ____

Defendant (# ____ ): ____　　Counsel: ____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered　　☐ Retained ☐ Federal Defender ☐ CJA ☐ ____

Government:　**Ryan Harris, John Taddei, Anthony Bagnuola**　　Interpreter(s): ____
Pretrial Services: ____　　Language: ____
Probation Dept.: ____　　Court Reporter(s): **Marie Foley**
Other Appearances: ____　　FTR Time(s): ____
　　　　　　　　　　　　　　　　　　　　Courtroom Deputy: Eric L. Russo

### II. PROCEEDINGS HELD:

| | | | |
|---|---|---|---|
| ☑ In-Person | ☐ Arraignment (*pg. 2*) | ☐ Fatico Hearing (*pg. 4*) | ☐ Motion Hearing (*pg. 4*) |
| ☐ By Telephone | ☐ Bond Hearing (*pg. 5*) | ☐ Initial Appearance (*pg. 2*) | ☐ Plea Hearing (*pg. 3*) |
| ☐ By Video | ☐ Curcio Hearing (*pg. 2*) | ☐ Jury Deliberations (*pg. 3*) | ☐ Sentencing/Re-Sentencing (*pg. 4*) |
| | ☐ Detention Hearing (*pg. 5*) | ☐ Jury Selection (*pg. 3*) | ☑ Status/Pre-Trial Conference (*pg. 2*) |
| | ☐ Evidentiary Hearing (*pg. 4*) | ☐ Jury Trial (*pg. 3*) | |

☐ Other Proceeding: ____

### III. SUMMARY OF THE PROCEEDINGS:

☐ Arraignment held as to the charge(s) outlined in the _____.
　☐ This was an initial appearance before this Court by Defendant _____.
　☐ Defendant _____ waived Indictment.
　　☐ Waiver of Indictment executed by Defendant _____.
　☐ Defendant _____ waived the public reading of the charging instrument.
　☐ Defendant _____ was advised of, and acknowledged, the charges outlined in the charging instrument.
　☐ The Government was advised of, and acknowledged, its obligation under Rule 5(f) of the F.R.Cr.P. and the Due Process Protections Act.
　　☐ A written order will be entered fully describing this obligation and the possible consequences of failing to meet it.
　☐ Defendant _____ entered a plea of NOT GUILTY as to all counts of the charging instrument.
　☐ Defendant _____ waived Speedy Trial from _____ to _____ pursuant to _____.
　　(*For Internal Use Only*: Excludable Code = _____.)
　☐ Defendant _____ did not waive Speedy Trial.
　　☐ Speedy Trial was ordered waived for Defendant _____ from _____ to _____ pursuant to _____.
　　　(*For Internal Use Only*: Excludable Code = _____.)
　☐ The Court deems (or previously deemed) this case COMPLEX.
　　☐ Speedy Trial was ordered waived for Defendant _____ from _____ to _____ pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).
　　　(*For Internal Use Only*: Excludable Code = _XT - Interest of Justice_.)
　☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Curcio Hearing held as to Defendant _____.
　☐ Attorney _____ (☐ Federal Defender; ☐ CJA) was appointed to represent the defendant for purposes of this hearing.
　☐ The parties presented their oral arguments to the Court.
　☐ The defendant was informed of the potential dangers arising from any conflicts of interest with current defense counsel.
　☐ The defendant acknowledged and waived any potential conflicts of interest and wishes to proceed with current defense counsel.
　☐ The defendant requested that current counsel be relieved and:
　　☐ that the defendant will retain new counsel.
　　　☐ The defendant must retain new counsel by _____; or within _____ of this hearing.
　　☐ that the Court appoint new counsel.
　　　☐ The defendant completed and filed the CJA 23 Financial Affidavit for the Court's review.
　☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was RESERVED.
　☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☑ Status Conference/Pre-Trial Conference held as to the charges outlined in the Superseding Indictment (S-1) filed on 10/10/2023_____.
　☐ This was an initial appearance before this Court by Defendant _____.
　☑ The parties advised the Court of the status of the case.
　☑ Defendant ___1___ waived Speedy Trial from **1/23/2024** to **8/13/2024** pursuant to 18 U.S.C. § 3161(h)(7)___.
　　(*For Internal Use Only*: Excludable Code = XT - Interest of Justice_____.)
　☐ Defendant _____ did not waive Speedy Trial.
　　☐ Speedy Trial was ordered waived for Defendant _____ from _____ to _____ pursuant to _____.
　　　(*For Internal Use Only*: Excludable Code = _____.)
　☐ The Court deems (or previously deemed) this case COMPLEX.
　　☐ Speedy Trial was ordered waived for Defendant _____ from _____ to _____ pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).
　　　(*For Internal Use Only*: Excludable Code = _XT - Interest of Justice_.)
　☑ The Court deems (or previously deemed) this case TRIAL READY.
　　☐ The Court set the following pre-trial submission schedule:
　　　☐ All 3500 material and 404(b) evidence:　　　　　　due by: _____.
　　　☐ Motion(s) in Limine and all supporting papers:　　due by: _____.
　　　☐ Opposition(s) to Motions in Limine and all supporting papers:　due by: _____.
　　　☐ Reply(ies) to Motions in Limine and all supporting papers:　due by: _____.
　　　☐ Proposed Voir Dire questions and case summary:　due by: _____.
　　　☐ Proposed exhibit and witness list:　　　　　　　due by: _____.
　　　☐ Proposed Jury Charge and Verdict Sheet:　　　　due by: _____.
　　　☐ The Court WILL NOT grant any extensions of the deadlines set forth above.
　　　☐ The parties are directed to submit courtesy copies of their submissions to Chambers in accordance with the Court's Individual Rules.
　　☐ The parties were directed to file a proposed pre-trial submission schedule on or before _____.
　　☐ The Court will enter a separate order outlining the pre-trial submission schedule.
　☑ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Plea Hearing held as to count(s) _____ of the _____-count _____.
　　☐ The defendant was advised of, and acknowledged, the constitutional rights that will be waived when entering a plea of guilty.
　　☐ The defendant withdrew previously entered not guilty plea and entered a plea of GUILTY to the above referenced count(s).
　　☐ Court found that the there is a factual basis for the guilty plea and ACCEPTED the defendant's plea of guilty.
　　☐ An Order of Forfeiture was executed.
　　☐ The parties consented to hold the preparation of the Presentence Investigation Report in ABEYANCE.
　　☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
　　☐ The parties waived the preparation of the Presentence Investigation Report.
　　☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Selection (*Voir Dire*) held.
　　☐ The prospective jurors were sworn and given preliminary instructions by the Court.
　　☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
　　☐ _____ moved for a Batson Challenge as to Juror _____.
　　　　☐ The parties presented their oral arguments to the Court.
　　　　☐ The Court made the following ruling: ☐ Motion GRANTED, the juror was excused; ☐ Motion DENIED, the juror remained on the panel.
　　☐ A jury of ____, with ____ alternates, were selected and are satisfactory to all parties.
　　　　☐ The Court ordered the jury to be: ☐ anonymous; ☐ sequestered; ☐ semi-sequestered.
　　☐ The selected jurors were sworn as trial jurors.
　　☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Trial held.
　　☐ A jury of ____, with ____ alternates, were previously selected by _____ and are satisfactory to all parties.
　　☐ The selected jurors were sworn as trial jurors.
　　☐ The jurors were given preliminary instructions by the Court.
　　☐ Opening statements were heard from the: ☐ Government; ☐ Defense Counsel.
　　☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
　　☐ Exhibit(s) were entered into evidence.
　　☐ The Government rested its case.
　　☐ The defense rested its case.
　　☐ A Charge Conference was held with the Court and counsel.
　　☐ Summations were heard from the: ☐ Government; ☐ Defense Counsel; ☐ Government (*Rebuttal*).
　　☐ The Court charged the jury.
　　☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Deliberations held.
　　☐ The U.S. Marshal/Court Security Officer was sworn to monitor the jurors during deliberations.
　　☐ Jury Notes were received and marked as Court Exhibits.
　　☐ The Court instructed the jury to continue their deliberations pursuant to Allen v. United States (*Allen Charge*).
　　☐ The jury rendered the following verdict:
　　　　☐ _____ on Count(s): _____ as to Defendant _____.
　　　　☐ _____ on Count(s): _____ as to Defendant _____.
　　　　☐ _____ on Count(s): _____ as to Defendant _____.
　　　　☐ _____ on Count(s): _____ as to Defendant _____.
　　☐ The jurors were polled as to their verdict.
　　☐ The Verdict Sheet was received and marked as a Court Exhibit.
　　☐ The Court charged the jury on the forfeiture allegation count(s) and instructed them to continue their deliberations.
　　　　☐ Jury Notes were received and marked as Court Exhibits.
　　　　☐ The jury rendered their verdict regarding the forfeiture allegation count(s).
　　　　☐ The jurors were polled as to their verdict.
　　　　☐ The Special Verdict Sheet was received and marked as a Court Exhibit.
　　☐ The jurors, including alternates, were excused with the thanks of the Court.
　　☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
　　☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Evidentiary Hearing/Motion Hearing/Fatico Hearing held.
- ☐ Hearing held regarding _____.
- ☐ The parties presented their oral arguments to the Court.
- ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
- ☐ Exhibits were entered into evidence.
- ☐ The following briefing schedule was set:
  - ☐ _____ shall serve the <u>motion</u> and all supporting papers:              due by: _____.
  - ☐ _____ shall serve the <u>opposition to the motion</u> and all supporting papers:    due by: _____.
  - ☐ _____ shall serve the <u>cross-motion</u> and all supporting papers:         due by: _____.
  - ☐ _____ shall serve the <u>reply</u> and all supporting papers:               due by: _____.
  - ☐ _____ shall serve the <u>opposition to the cross motion</u> and all supporting papers: due by: _____.
  - ☐ _____ shall serve the <u>reply to the cross motion</u> and all supporting papers:   due by: _____.
  - ☐ The Court <u>WILL NOT</u> grant any extensions of the deadlines set forth above.
  - ☐ The parties are directed to submit <u>courtesy copies</u> of their motion papers to Chambers in accordance with the Court's Individual Rules.
- ☐ The parties were directed to file a proposed briefing schedule on or before _____.
- ☐ The Court will enter a separate order outlining the briefing schedule.
- ☐ The Court made the following ruling(s): ☐ Motion <u>GRANTED</u>; ☐ Motion <u>DENIED</u>; ☐ Motion <u>GRANTED, in part</u>.
- ☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was <u>RESERVED</u>.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Sentencing/Re-Sentencing held as to count(s) _____ of the _____-count _____.
- ☐ The parties advised the Court that there are no objections to the Presentence Investigation Report.
- ☐ Objections to the Presentence Investigation Report were outlined on the record by: ☐ the Government; ☐ Defense Counsel.
- ☐ The Court adopted the Presentence Investigation Report without change.
- ☐ Changes to the Presentence Investigation Report were outlined on the record by the Court.
- ☐ Oral presentations to the Court were made by: ☐ Defense Counsel; ☐ the defendant; ☐ the Government; ☐ the victim(s); ☐ _____.
- ☐ The defendant was sentenced to <u>IMPRISONMENT</u> for a total term of _____.
  - ☐ Upon release, the defendant shall be on <u>SUPERVISED RELEASE</u> for a total term of _____.
    - ☐ The defendant shall comply with the mandatory and standard conditions of supervision.
      - ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
    - ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
  - ☐ The Court did not impose a term of Supervised Release.
- ☐ The defendant was sentenced to <u>PROBATION</u> for a total term of _____.
  - ☐ The defendant shall comply with the mandatory and standard conditions of supervision.
    - ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
  - ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
- ☐ The defendant must pay the following criminal monetary penalties:
  - ☐ <u>RESTITUTION</u> in the amount of:       $_____; (☐ An Order of Restitution was executed.)
  - ☐ A <u>FINE</u> in the amount of:           $_____.
  - ☐ A <u>SPECIAL ASSESSMENT</u> fine in the amount of: $_____.
  - ☐ An <u>AVAA ASSESSMENT</u> fine in the amount of: $_____.
  - ☐ A <u>JVTA ASSESSMENT</u> fine in the amount of: $_____.
- ☐ The <u>interest requirement</u> on any of the criminal monetary penalties:
  - ☐ was ordered on the amounts of more than $2,500.00.
  - ☐ was modified by the Court.
  - ☐ was waived/not ordered/not applicable.
- ☐ Restitution: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
- ☐ A fine and/or other assessment: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
- ☐ The determination of Restitution and/or a fine was deferred pending further proceedings or by further motion to the Court.
- ☐ All other conditions shall remain in effect as previously ordered and outlined in the judgment dated _____.
- ☐ The Order of Forfeiture dated _____ was adopted as the Final Order of Forfeiture and will be included as part of the judgment.
- ☐ A Final Order of Forfeiture was executed and will be included as part of the judgment.
- ☐ The defendant's <u>right to appeal</u> the Court's sentence:
  - ☐ was <u>waived</u> (*pursuant to the Plea/Cooperation Agreement, or as stated on the record*).
  - ☐ was <u>preserved</u>. The defendant has the right to file an appeal within **fourteen (14) days** of the date that the judgment is **entered, not filed**.
- ☐ All open counts in the charging instrument(s) were dismissed on the motion of the United States.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

☐ Bond Hearing/Detention Hearing held.
　　☐ Defendant _____ did not present a bond application to the Court.
　　　　☐ An Order of Detention was executed as to Defendant _____.
　　　　☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
　　☐ The bond application/modification was GRANTED as to Defendant _____.
　　　　☐ An Order Setting Conditions of Release and Bond was executed as to Defendant _____.
　　　　☐ The conditions of release were modified as to Defendant _____, as stated on the record.
　　　　☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
　　☐ The bond application/modification was DENIED as to Defendant _____.
　　　　☐ An Order of Detention was executed as to Defendant _____.
　　☐ The Government moved for immediate detention of Defendant _____.
　　　　☐ The motion was: ☐ GRANTED; ☐ DENIED; ☐ GRANTED, in part.
　　　　☐ An Arrest Warrant was executed as to Defendant _____.
　　　　☐ An Order of Detention was executed as to Defendant _____.
　　　　☐ The conditions of release were modified as to Defendant _____, as stated on the record.
　　　　☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
　　☐ The decision regarding the bond or detention application was RESERVED.
　　　　☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
　　　　☐ A temporary Order Setting Conditions of Release and Bond was executed as to Defendant _____.
　　☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

**For a defendant currently IN-CUSTODY:**

　　☐ Defendant _____ remain(s) in custody.

　　☐ The following orders were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
　　　　☐ A Medical Evaluation Order as to Defendant _____.
　　　　☐ A Competency Order as to Defendant _____.
　　　　☐ A Force Order as to Defendant _____.

　　☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to sentencing/re-sentencing*), shall be RELEASED, FORTHWITH.
　　　　☐ A Time Served Order was executed and submitted to the U.S. Marshals Service.
　　　　☐ The defendant will be under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.
　　　　☐ The defendant will not serve a term of Supervised Release.

**For a defendant currently AT LIBERTY:**

　　☑ Defendant ___1___ remain(s) on bond.

　　☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall be IMMEDIATELY REMANDED to the custody of the U.S. Marshals Service and/or the Federal Bureau of Prisons.

　　☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall surrender for the service of the sentence before **2:00 PM on** _____ at the institution designated by the Federal Bureau of Prisons. The defendant will REMAIN AT LIBERTY and under supervision of the Pretrial Services Department until the ordered surrender date.
　　　　☐ The U.S. Marshals Voluntary Surrender form was executed.
　　　　☐ Any motion to extend the surrender date must be made at least a **thirty (30) days** prior to the ordered surrender date.
　　　　☐ The defendant was advised that there will be no extensions of the surrender date.

　　☐ The defendant, being sentenced to a TERM OF PROBATION, will REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Probation.

　　☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released*), shall REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.

　　☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released as well as time under supervision*), shall be released from all conditions of supervision, forthwith.

## V. FURTHER PROCEEDINGS SET:

☐ No further proceedings have been set at this time.

☐ Bond Hearing:　　　　For Defendant _____ set for _____ at _____ before _____; _____.

☐ Curcio Hearing:　　　For Defendant _____ set for _____ at _____ before _____; _____.

☐ Detention Hearing:　　For Defendant _____ set for _____ at _____ before _____; _____.

☐ Evidentiary Hearing:　For Defendant _____ set for _____ at _____ before _____; _____.

☐ Fatico Hearing:　　　For Defendant _____ set for _____ at _____ before _____; _____.

☑ Jury Selection:　　　For Defendant __1__ set for __9/9/2024__ at __9:30 AM__ before __Judge Joanna Seybert__; __In Courtroom 287__.

☐ Jury Trial:　　　　　For Defendant _____ set for _____ at _____ before _____; _____.

☐ Motion Hearing:　　　For Defendant _____ set for _____ at _____ before _____; _____.

☐ Plea Hearing:　　　　For Defendant _____ set for _____ at _____ before _____; _____.

☑ Pre-Trial Conference:　For Defendant __1__ set for __8/13/2024__ at __10:30 AM__ before __Judge Joanna Seybert__; __In Courtroom 1030__.

☐ Sentencing/Re-Sentencing: For Defendant _____ set for _____ at _____ before _____; _____.
　　☐ Sentencing Memoranda Deadlines:
　　　　☐ The Government's sentencing memorandum is due by: _____.
　　　　☐ The defendant's sentencing memorandum is due by: _____.
　　　　☐ The parties are directed to submit courtesy copies of their sentencing memorandums to Chambers in accordance with the Court's Individual Rules. If a party chooses to proceed without filing a sentencing memorandum, a letter to the Court advising as such must be filed on said due date, in lieu of the memorandum. **PARTIES ARE ON NOTICE** that once their sentencing memorandums are filed, further sentencing submissions will not be accepted without prior, written, Court approval.
　　☐ All sentencing memorandums have been filed. Further sentencing submissions will not be accepted without prior, written, Court approval.
　　☐ The Government waived the filing of a sentencing memorandum and reserved the right to make an oral presentation at sentencing.
　　☐ Defense counsel waived the filing of a sentencing memorandum and reserved the right to make an oral presentation at sentencing.

☐ Status Conference:　　For Defendant _____ set for _____ at _____ before _____; _____.

☐ The Court ordered the proceeding(s) above to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.

☐ The Court ordered the proceeding(s) above to be held by video, via **ZoomGov**. The parties on the case will be sent a separate notice by the Courtroom Deputy with instructions on how to log into the video meeting as the scheduled date approaches.

☐ *Further instructions regarding the proceeding(s) set*:

## VI. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ The record of this proceeding was deemed **SEALED**. Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**. Any other non-party must file a written request to the Court for permission to receive a copy of the transcripts.

☑ *The Court made the following rulings*:

- The Court adopted the pre-trial submission schedule as outlined in the parties joint letter filed on 1/22/2024 (see DE 58).

## VII. ADDITIONAL RULINGS:

☐ The Court makes the following additional rulings (*not addressed during the proceedings*):