

U.S. Department of Justice

United States Attorney
Eastern District of New York

AXB
F. #2023R01030

610 Federal Plaza
Central Islip, New York 11722

April 12, 2024

By ECF

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: United States v. Devolder Santos
       Criminal Docket No. 23-197 (S-1) (JS)

Dear Judge Seybert:

    The government respectfully submits this letter in response to defendant George Anthony Devolder Santos's motion to extend the pretrial motion schedule in the above-referenced matter. (ECF:65). In particular, the government seeks the Court's leave to file its response to the

motion on or before April 17, 2024, with the defendant's reply, if any, due on or before April 19, 2024. We thank the Court for its attention to this matter.

    Respectfully submitted,

    BREON PEACE
    United States Attorney

By:   /s/
    Ryan C. Harris
    Anthony Bagnuola
    Laura Zuckerwise
    Assistant U.S. Attorneys

    COREY R. AMUNDSON
    Chief, Public Integrity Section
    Criminal Division, U.S. Department of Justice

By:   /s/
    Jacob R. Steiner
    John P. Taddei
    Trial Attorneys

cc:   Clerk of Court (JS) (via ECF and email)
    Counsel of Record (via ECF and email)

SO ORDERED:

_____
HON. JOANNA SEYBERT, U.S.D.J.