UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>GEORGE ANTHONY DEVOLDER SANTOS,<br>Also known as "George Santos"<br><br>*Defendant.* | 23-cr-197 (S-1) (JS) (AYS)<br><br>**DECLARATION OF ANDREW MANCILLA IN SUPPORT OF DEFENDANT GEORGE ANTHONY DEVOLDER SANTOS' PRETRIAL OMNIBUS MOTIONS** |

I, ANDREW MANCILLA, an attorney duly admitted to practice before this Court, hereby declares under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am an attorney of record for the Defendant George Anthony Devolder Santos ("Santos"), and as such I am fully familiar with the facts and circumstances stated herein.

2. I submit this declaration in support of Defendant Santos' Pretrial Omnibus Motions.

3. Annexed hereto as **Exhibit "A"** is a true and accurate copy of the transcript of the oral argument on February 27, 2023, in *Dubin v. United States,* 143 S. Ct. 1557 (2023).

4. Annexed hereto as **Exhibit "B"** is a true and accurate copy of the government's disclosure letter dated October 27, 2023.

5. Annexed hereto as **Exhibit "C"** is a true and accurate copy of the government's disclosure letter dated March 14, 2024.

6. Annexed hereto as **Exhibit "D"** is a true and accurate copy of defendant's letter dated April 8, 2024, requesting discovery and a bill of particulars.

7.      Annexed hereto as **Exhibit "E"** is a true and accurate copy of the government's letter dated April 9, 2024, denying and responding to the defendant's requests in his letter dated April 8, 2024.

Dated:  May 3, 2024
         New York, New York

                                           */s/ Andrew Mancilla*
                                           ANDREW MANCILLA, ESQ.


To:  All parties of record via ECF