

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

RCH:AXB/LZ
F. #2022R01030

*610 Federal Plaza
Central Islip, New York 11722*

March 14, 2024

<u>Via FedEx</u>

Andrew Mancilla and Robert Fantone
Mancilla & Fantone LLP
260 Madison Ave, 22nd Floor
New York, NY 10016
andrew@law-mf.com
robert@law-mf.com

Joseph W. Murray
185 Great Neck Road
Great Neck, Suite 461
New York 11021
joe@jmurray-law.com

     Re: United States v. George Santos
       <u>Criminal Docket No. 23-197 (JS) (AYS)</u>

Dear Counsel:

  Enclosed please find discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's earlier productions from June 27, 2023, September 6, 2023, October 27, 2023, December 12, 2023, December 13, 2023, and January 23, 2024. The government renews its request for reciprocal discovery from the defendant.

  This discovery is provided under the terms of the Stipulation and Protective Order signed by the defendant and entered on or about June 22, 2023, by United States District Judge Joanna Seybert in the above-captioned matter. <u>See</u> Dkt. No. 29.

  In addition, in an abundance of caution, the government is providing you with the following information:

- [REDACTED]



- 

                Very truly yours,

                BREON PEACE
                United States Attorney

By:   /s/ Ryan C. Harris
       Ryan C. Harris
       Anthony Bagnuola
       Laura Zuckerwise
       Assistant U.S. Attorneys

       COREY R. AMUNDSON
       Chief, Public Integrity Section
       Criminal Division
       U.S. Department of Justice

By:   /s/ Jacob R. Steiner
       Jacob R. Steiner
       John P. Taddei
       Trial Attorneys

Enclosures:
1) Attachment A- Discovery Index
2) One encrypted thumb drive