

**Mancilla & Fantone LLP**

**ROBERT FANTONE**
Attorney Partner
NY, NJ, SDNY, EDNY, DNJ

260 MADISON AVE, 22ND FLR
NEW YORK, NY 10016
T 646 225 6686  F 646 655 0269
**robert@law-mf.com**

June 10, 2024

**Via ECF**
The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

      **Re:**    **US v. George Devolder Santos (23-cr-197) (S-2) (JS)**
                  **Waiver of Defendant's Appearance at Arraignment**

Dear Judge Seybert:

      We represent George Devolder Santos, the Defendant in the above-referenced matter. We write to provide a waiver of appearance on behalf of Mr. Santos with respect to his arraignment pertaining to the recently filed Second Superseding Indictment (the "S-2 Indictment"), currently scheduled for June 12, 2024 at 1:00 p.m. The Government consents to this request.

      This request is made pursuant to Federal Rule of Criminal Procedure 10(b). As stated above, Mr. Santos has been charged by the S-2 Indictment (ECF 79) filed on May 28, 2024. Further, Mr. Santos affirms the following:

(1) That he wishes to waive his appearance at the arraignment pertaining to the S-2 Indictment;
(2) That he has received a copy of the S-2 Indictment;
(3) That he enters a plea of not guilty.

      Thus, Mr. Santos respectfully requests that this Court waive his appearance at the arraignment currently scheduled on June 12, 2024 at 1:00 p.m.

Affirmed this the 10th day of June 2024:

_____
GEORGE DEVOLDER SANTOS

_____
ROBERT M. FANTONE, ESQ.