UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

GEORGE ANTHONY DEVOLDER SANTOS,
 Also known as "George Santos"

*Defendant*.

23-cr-197 (S-1) (JS) (AYS)

**NOTICE OF MOTIONS FOR A PARTIALLY ANONYMOUS JURY AND A WRITTEN JUROR QUESTIONNAIRE IN ADVANCE OF** *VOIR DIRE*

**PLEASE TAKE NOTICE**, that upon the pleadings, the Declaration of Andrew L Mancilla, Esq., the exhibits annexed thereto, and the attached Memorandum of Law, GEORGE ANTHONY DEVOLDER SANTOS will move this Court before the Honorable Joanna Seybert, at the United States District Court located at the Courthouse at 100 Federal Plaza, Central Islip, New York, 11722, at a date and time to be fixed by the Court, for an Order: (i) confining disclosure of the jurors' identities to the parties, attorneys (and staff), and the Court; (ii) directing the use of a questionnaire to facilitate jury selection; and (iii) whatever other and further relief the Court deems just and appropriate.

Dated: New York, New York
      August 6, 2024

**MANCILLA & FANTONE, LLP**

By: */s/ Andrew Mancilla*
Andrew Mancilla, Esq.
Robert Fantone, Esq.
260 Madison Avenue, 22nd Floor
New York, New York
P (646) 225-6686
F (646) 655-0269
andrew@law-mf.com

**Joseph W. Murray, Esq.**
185 Great Neck Road, Ste. 461
Great Neck, New York 11021
(646) 838 – 1702
joe@jmurray-law.com

*Attorneys for Defendant George Santos*

To: All parties of record via ECF