# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.** |
| - v - | Case No(s).: **23-cr-0197-JS-AYS** |
| George Anthony Devolder Santos | Date: **8/13/2024** |
| | Start Time: **10:50 AM**  Total Time: 35 mins. |

### MINUTE ENTRY FOR A CRIMINAL PROCEEDING

### SEALED PROCEEDING: ☐ Yes ☑ No

**I. APPEARANCES:**

Defendant (# **1**): **George Anthony Devolder Santos**
☑ Present ☐ Not Present ☐ In Custody ☑ On Bond ☐ Surrendered

Counsel: **Joseph Murray, Andrew Mancilla, Robert Fantone, Jr.**
☑ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

[Additional empty defendant/counsel entries omitted]

Government: **Ryan Harris, Anthony Bagnuola, Laura Zuckerwise, Jacob Steiner, John Taddei**

Pretrial Services: _____
Probation Dept.: _____
Other Appearances: _____

Interpreter(s): _____
Language: _____
Court Reporter(s): **Lisa Schmid**
FTR Time(s): _____
Courtroom Deputy: Eric L. Russo

**II. PROCEEDINGS HELD:**

- ☑ In-Person
- ☐ By Telephone
- ☐ By Video

- ☑ Arraignment (see pg. 2)
- ☐ Bond Hearing (see pg. 5)
- ☐ Curcio Hearing (see pg. 2)
- ☐ Detention Hearing (see pg. 5)
- ☐ Evidentiary Hearing (see pg. 3)

- ☐ Fatico Hearing (see pg. 3)
- ☐ Initial Appearance (see pg. 2)
- ☐ Jury Deliberations (see pg. 3)
- ☐ Jury Selection (see pg. 3)
- ☐ Jury Trial (see pg. 3)

- ☑ Motion Hearing (see pg. 3)
- ☐ Plea Hearing (see pg. 4)
- ☐ Sentencing/Re-Sentencing (see pg. 4)
- ☑ Status/Pre-Trial Conference (see pg. 2)

☐ Other Proceeding: _____

## III. SUMMARY OF THE PROCEEDINGS:

☑ Arraignment held as to the charge(s) outlined in the Second Superseding Indictment (S-2) filed on 5/28/2024_____.
　☐ This was an initial appearance before this Court by Defendant _____.
　☐ Defendant _____ waived Indictment.
　　☐ Waiver of Indictment executed by Defendant _____.
　☑ Defendant ____1____ waived the public reading of the charging instrument.
　☐ Defendant _____ was advised of, and acknowledged, the charges outlined in the charging instrument.
　☑ The Government was advised of, and acknowledged, its obligation under F.R.Cr.P. Rule 5(f) and the Due Process Protections Act.
　　☑ A written order will be entered fully describing this obligation and the possible consequences of failing to meet it.
　☑ Defendant ____1____ entered a plea of NOT GUILTY as to all counts of the charging instrument.
　☐ Defendant _____ consented to the exclusion of Speedy Trial time from _____ to _____ pursuant to Title 18, United States Code, Section 3161_____.
　☐ Defendant _____ did not consent to the exclusion of Speedy Trial time.
　　☐ The Court ordered the exclusion of Speedy Trial time from _____ to _____ pursuant to Title 18, United States Code, Section 3161_____.
　☐ The Court deemed this case COMPLEX and Speedy Trial time was excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii).
　☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Curcio Hearing held as to Defendant _____.
　☐ Attorney _____ (☐ Federal Defender; ☐ CJA) was appointed to represent the defendant for purposes of this hearing.
　☐ The parties presented their oral arguments to the Court.
　☐ The defendant was informed of the potential dangers arising from any conflicts of interest with current defense counsel.
　☐ The defendant acknowledged and waived any potential conflicts of interest and wishes to proceed with current defense counsel.
　☐ The defendant requested that current counsel be relieved and:
　　☐ that the defendant will retain new counsel.
　　　☐ The defendant must retain new counsel by _____; or within _____ of this hearing.
　　☐ that the Court appoint new counsel.
　　　☐ The defendant completed and filed the CJA 23 Financial Affidavit for the Court's review.
　☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was RESERVED.
　☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☑ Status Conference/Pre-Trial Conference held as to the charges outlined in the Second Superseding Indictment (S-2) filed on 5/28/2024_____.
　☐ This was an initial appearance before this Court by Defendant _____.
　☑ The parties advised the Court of the status of the case.
　☐ Defendant _____ consented to the exclusion of Speedy Trial time from _____ to _____ pursuant to Title 18, United States Code, Section 3161_____.
　☐ Defendant _____ did not consent to the exclusion of Speedy Trial time.
　　☐ The Court ordered the exclusion of Speedy Trial time from _____ to _____ pursuant to Title 18, United States Code, Section 3161_____.
　☐ The Court deemed this case COMPLEX and Speedy Trial time was excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii).
　☑ The Court deemed this case TRIAL READY.
　　☐ The Court set the following pre-trial submission schedule:
　　　☐ All 3500 material and 404(b) evidence:　　　　　　　due by: _____.
　　　☐ Motion(s) in Limine and all supporting papers:　　　due by: _____.
　　　☐ Opposition(s) to Motions in Limine and all supporting papers:　due by: _____.
　　　☐ Reply(ies) to Motions in Limine and all supporting papers:　due by: _____.
　　　☐ Proposed Voir Dire questions and case summary:　　due by: _____.
　　　☐ Proposed exhibit and witness list:　　　　　　　　due by: _____.
　　　☐ Proposed Jury Charge and Verdict Sheet:　　　　　due by: _____.
　　　☐ The Court WILL NOT grant any extensions of the deadlines set forth above.
　　　☐ The parties are directed to submit courtesy copies of their submissions in accordance with the Court's Individual Rules. See Rule IV.
　　☐ The parties were directed to file a proposed pre-trial submission schedule on or before _____.
　　☐ The Court will enter a separate order outlining the pre-trial submission schedule.
　☑ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☑ Evidentiary Hearing/Motion Hearing/Fatico Hearing held.
    ☑ Hearing held regarding <u>defendant's motions for partially anonymous jury and a written questionnaire (see DE 95)</u>_____.
    ☐ The parties presented their oral arguments to the Court.
    ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
    ☐ Exhibits were entered into evidence.
    ☐ The following briefing schedule was set:
        ☐ _____ shall serve the <u>motion</u> and all supporting papers:    due by: _____.
        ☐ _____ shall serve the <u>opposition to the motion</u> and all supporting papers:    due by: _____.
        ☐ _____ shall serve the <u>cross-motion</u> and all supporting papers:    due by: _____.
        ☐ _____ shall serve the <u>reply</u> and all supporting papers:    due by: _____.
        ☐ _____ shall serve the <u>opposition to the cross motion</u> and all supporting papers:    due by: _____.
        ☐ _____ shall serve the <u>reply to the cross motion</u> and all supporting papers:    due by: _____.
        ☐ The Court <u>WILL NOT</u> grant any extensions of the deadlines set forth above.
        ☐ The parties are directed to submit <u>courtesy copies</u> of their motion papers in accordance with the Court's Individual Rules. <u>See</u> Rule IV.
    ☐ The parties were directed to file a proposed briefing schedule on or before _____.
    ☐ The Court will enter a separate order outlining the briefing schedule.
    ☑ The Court made the following ruling(s):
        ☑ <u>GRANTED</u> as to:    defendant's motions for partially anonymous jury_____.
        ☑ <u>DENIED</u> as to:    defendant's motions for a written questionnaire_____.
        ☐ <u>GRANTED, in part</u>, as to: _____.
        ☐ Decision <u>RESERVED</u> as to: _____.
    ☑ The Court's decision: ☑ was entered on the record; ☐ will be entered under a separate order.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Selection (*Voir Dire*) held.
    ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
    ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
    ☐ A jury of ____, with ____ alternates, were selected and are satisfactory to all parties.
        ☐ The Court ordered the jury to be: ☐ anonymous; ☐ sequestered; ☐ semi-sequestered.
    ☐ The selected jurors were sworn as trial jurors.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Trial held.
    ☐ A jury of ____, with ____ alternates, were previously selected by _____ and are satisfactory to all parties.
    ☐ The selected jurors were sworn as trial jurors.
    ☐ The jurors were given preliminary instructions by the Court.
    ☐ Opening statements were heard from the: ☐ Government; ☐ Defense Counsel.
    ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
    ☐ Exhibit(s) were entered into evidence.
    ☐ The Government rested its case.
    ☐ The defense rested its case.
    ☐ A Charge Conference was held with the Court and counsel.
    ☐ Summations were heard from the: ☐ Government; ☐ Defense Counsel; ☐ Government (*Rebuttal*).
    ☐ The Court charged the jury.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Deliberations held.
    ☐ The U.S. Marshal/Court Security Officer was sworn to monitor the jurors during deliberations.
    ☐ Jury Notes were received and marked as Court Exhibits.
    ☐ The Court instructed the jury to continue their deliberations pursuant to Allen v. United States (*Allen Charge*).
    ☐ The jury rendered the following verdict:
        ☐ _____ on Count(s): _____ as to Defendant _____.
        ☐ _____ on Count(s): _____ as to Defendant _____.
        ☐ _____ on Count(s): _____ as to Defendant _____.
        ☐ _____ on Count(s): _____ as to Defendant _____.
    ☐ The jurors were polled as to their verdict.
    ☐ The Verdict Sheet was received and marked as a Court Exhibit.

*Jury Deliberations continued on next page.*

*Jury Deliberations continued from previous page.*
- ☐ The Court charged the jury on the forfeiture allegation count(s) and instructed them to continue their deliberations.
    - ☐ Jury Notes were received and marked as Court Exhibits.
    - ☐ The jury rendered their verdict regarding the forfeiture allegation count(s).
    - ☐ The jurors were polled as to their verdict.
    - ☐ The Special Verdict Sheet was received and marked as a Court Exhibit.
- ☐ The jurors, including alternates, were excused with the thanks of the Court.
- ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Plea Hearing held as to count(s) _____ of the _____-count _____.
- ☐ The defendant was advised of, and acknowledged, the constitutional rights that will be waived when entering a plea of guilty.
- ☐ The defendant withdrew previously entered not guilty plea and entered a plea of GUILTY to the above referenced count(s).
- ☐ Court found that the there is a factual basis for the guilty plea and ACCEPTED the defendant's plea of guilty.
- ☐ An Order of Forfeiture was executed.
- ☐ The Court ordered the U.S. Probation Department to prepare and submit an EXPEDITED Presentence Investigation Report.
- ☐ The parties consented to hold the preparation of the Presentence Investigation Report in ABEYANCE.
- ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
- ☐ The parties WAIVED the preparation of the Presentence Investigation Report.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Sentencing/Re-Sentencing held as to count(s) _____ of the _____-count _____.
- ☐ The parties advised the Court that there are no objections or corrections to the Presentence Investigation Report.
- ☐ Objections/Corrections to the Presentence Investigation Report were outlined on the record by: ☐ the Government; ☐ Defense Counsel.
- ☐ The Court adopted the Presentence Investigation Report without change.
- ☐ Changes to the Presentence Investigation Report were outlined on the record by the Court.
- ☐ Oral presentations to the Court were made by: ☐ Defense Counsel; ☐ the defendant; ☐ the Government; ☐ the victim(s); ☐ _____.
- ☐ The defendant was sentenced to IMPRISONMENT for a total term of _____.
    - ☐ Upon release, the defendant shall be on SUPERVISED RELEASE for a total term of _____.
        - ☐ The defendant shall comply with the mandatory and standard conditions of supervision.
            - ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
        - ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
    - ☐ The Court did not impose a term of Supervised Release.
- ☐ The defendant was sentenced to PROBATION for a total term of _____.
    - ☐ The defendant shall comply with the mandatory and standard conditions of supervision.
        - ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
    - ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
- ☐ The defendant must pay the following criminal monetary penalties:
    - ☐ RESTITUTION in the amount of:                    $ _____; (☐ An Order of Restitution was executed.)
    - ☐ A FINE in the amount of:                              $ _____.
    - ☐ A SPECIAL ASSESSMENT fine in the amount of:  $ _____.
    - ☐ An AVAA ASSESSMENT fine in the amount of:    $ _____.
    - ☐ A JVTA ASSESSMENT fine in the amount of:     $ _____.
- ☐ The interest requirement on any of the criminal monetary penalties:
    - ☐ was ordered on the amounts of more than $2,500.00.
    - ☐ was modified by the Court.
    - ☐ was waived/not ordered/not applicable.
- ☐ Restitution: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
- ☐ A fine and/or other assessment: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
- ☐ The determination of Restitution and/or a fine was deferred pending further proceedings or by further motion to the Court.
- ☐ All other conditions shall remain in effect as previously ordered and outlined in the judgment dated _____.
- ☐ The Order of Forfeiture dated _____ was adopted as the Final Order of Forfeiture and will be included as part of the judgment.
- ☐ A Final Order of Forfeiture was executed and will be included as part of the judgment.
- ☐ The defendant's right to appeal the Court's sentence:
    - ☐ was waived (*pursuant to the Plea/Cooperation Agreement, or as stated on the record*).
    - ☐ was preserved. The defendant has the right to file an appeal within **fourteen (14) days** of the date that the judgment is **entered, not filed**.
- ☐ All open counts in the charging instrument(s) were dismissed on the motion of the United States.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

☐ Bond Hearing/Detention Hearing held.
 ☐ Defendant _____ did not present a bond application to the Court.
  ☐ An Order of Detention was executed as to Defendant _____.
  ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
 ☐ The bond application/modification was GRANTED as to Defendant _____.
  ☐ An Order Setting Conditions of Release and Bond was executed as to Defendant _____.
  ☐ The conditions of release were modified as to Defendant _____, as stated on the record.
  ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
 ☐ The bond application/modification was DENIED as to Defendant _____.
  ☐ An Order of Detention was executed as to Defendant _____.
 ☐ The Government moved for immediate detention of Defendant _____.
  ☐ The motion was: ☐ GRANTED; ☐ DENIED; ☐ GRANTED, in part.
  ☐ An Arrest Warrant was executed as to Defendant _____.
  ☐ An Order of Detention was executed as to Defendant _____.
  ☐ The conditions of release were modified as to Defendant _____, as stated on the record.
  ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
 ☐ The decision regarding the bond or detention application was RESERVED.
  ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
  ☐ A temporary Order Setting Conditions of Release and Bond was executed as to Defendant _____.
 ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

**For a defendant currently IN-CUSTODY:**

☐ Defendant _____ remain(s) in custody.

☐ The following orders were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
 ☐ A Medical Evaluation Order as to Defendant _____.
 ☐ A Competency Order as to Defendant _____.
 ☐ A Force Order as to Defendant _____.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to sentencing/re-sentencing*), shall be RELEASED, FORTHWITH.
 ☐ A Time Served Order was executed and submitted to the U.S. Marshals Service.
 ☐ The defendant will be under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.
 ☐ The defendant will not serve a term of Supervised Release.

**For a defendant currently AT LIBERTY:**

☑ Defendant ___1___ remain(s) on bond.

☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall be IMMEDIATELY REMANDED to the custody of the U.S. Marshals Service and/or the Federal Bureau of Prisons.

☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall surrender for the service of the sentence before **2:00 PM on** _____ at the institution designated by the Federal Bureau of Prisons. The defendant will REMAIN AT LIBERTY and under supervision of the Pretrial Services Department until the ordered surrender date.
 ☐ The U.S. Marshals Voluntary Surrender form was executed.
 ☐ Any motion to extend the surrender date must be made at least a **thirty (30) days** prior to the ordered surrender date.
 ☐ The defendant was advised that there will be no extensions of the surrender date.

☐ The defendant, being sentenced to a TERM OF PROBATION, will REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Probation.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released*), shall REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released as well as time under supervision*), shall be released from all conditions of supervision, forthwith.

## V. FURTHER PROCEEDINGS SET:

☐ No further proceedings have been set at this time.

☐ Bond Hearing:         For Defendant _____ set for _____ at _____ before _____; _____.

☐ Curcio Hearing:       For Defendant _____ set for _____ at _____ before _____; _____.

☐ Detention Hearing:    For Defendant _____ set for _____ at _____ before _____; _____.

☐ Evidentiary Hearing:  For Defendant _____ set for _____ at _____ before _____; _____.

☐ Fatico Hearing:       For Defendant _____ set for _____ at _____ before _____; _____.

☑ Jury Selection:       For Defendant **1** set for **9/9/2024** at **9:30 AM** before **Judge Joanna Seybert**; **In Courtroom 287**.

☐ Jury Trial:           For Defendant _____ set for _____ at _____ before _____; _____.

☐ Motion Hearing:       For Defendant _____ set for _____ at _____ before _____; _____.

☐ Plea Hearing:         For Defendant _____ set for _____ at _____ before _____; _____.

☐ Pre-Trial Conference: For Defendant _____ set for _____ at _____ before _____; _____.

☐ Status Conference:    For Defendant _____ set for _____ at _____ before _____; _____.

☐ Sentencing/Re-Sentencing: For Defendant _____ set for _____ at _____ before _____; _____.
Filing of Sentencing Memoranda in accordance with the Court's Individual Rules (see Rule VII(D)(2)):
　☐ The Government's sentencing memoranda:　due by: _____.
　☐ The defendant's sentencing memoranda:　due by: _____.
　☐ The parties are directed to submit courtesy copies of their submissions in accordance with the Court's Individual Rules (see Rule IV). If a party chooses to proceed without filing a sentencing memorandum, a letter to the Court advising as such must be filed by the due date set forth above, in lieu of their memorandum.
　　　**PARTIES ARE ON NOTICE**: 1) Once sentencing memoranda are filed, further sentencing submissions **will not be accepted** without prior, written, Court approval; and 2) If the Court does not receive any sentencing related filings by the due date set forth above, it may, sua sponte, adjourn sentencing to a date and time of its convenience.
　☐ All sentencing memorandums have been filed. Further sentencing submissions **will not be accepted** without prior, written, Court approval.
　☐ The Government waived the filing of a sentencing memorandum and/or reserved the right to make an oral presentation at sentencing.
　☐ Defense counsel waived the filing of a sentencing memorandum and/or reserved the right to make an oral presentation at sentencing.

☐ The Court ordered the proceeding(s) above to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.

☐ The Court ordered the proceeding(s) above to be held by video, via **ZoomGov**. The parties on the case will be sent a separate notice by the Courtroom Deputy with instructions on how to log into the video meeting as the scheduled date approaches.

☑ *Further instructions regarding the proceeding(s) set*:

- The parties were advised to report to Courtroom 1030 at 10:30 AM on the day of jury selection.

## VI. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ The record of this proceeding was deemed **SEALED**. Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**. Any other non-party must file a written request to the Court for permission to receive a copy of the transcripts.

☐ The Court made the following rulings:

## VII. ADDITIONAL RULINGS:

☐ The Court makes the following additional rulings (*not addressed during the proceedings*):