# UNITED STATES DISTRICT COURT
## FOR THE
# EASTERN DISTRICT OF NEW YORK

**Brenna B. Mahoney**
Clerk of Court

**August Marziliano**
Chief Deputy, Brooklyn

**Ogoro Francis-McLeish**
Chief Deputy, Central Islip



**Theodore Roosevelt Federal Courthouse**
**Emanuel Cellar Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

**Alfonse D'Amato Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6000
Pro Se: (631) 712-6060

Date: 8/26/024
Re: 23-cr-00197(JS)(AYS)-1

Dear *pro se* litigant:

The enclosed __letter__ is/are being returned without docketing or consideration for the following reason(s):

( )  The docket number and/or judges' initials are incorrect or missing.

( )  Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears.

( )  These papers appear to be intended for another court or agency.

( )  Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel. An affirmation of service form is enclosed.

( )  Your papers do not meet the minimum requirements for:
    ( )  Legibility: please type or print clearly.
    ( )  Language: only __English__ is acceptable.
    ( )  Form or Content: See forms/instructions enclosed.
    ( )  Please indicate the documents you served on your affirmation of service.
    ( )  Other:

( )  Pursuant to Local Civil Rule 5.1, discovery materials are not filed with the Court except by Order of the Court.

( )  Your __Notice of Appeal__ has been processed, and your case is closed. Your papers should be directed to:

    United States Court of Appeals for the Second Circuit
    Thurgood Marshall U. S. Courthouse
    40 Foley Square
    New York, NY 10007

( )  Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

( )  The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please request the appropriate form(s) from our website or from our office.

(XX) Other: The Court cannot consider ex parte submissions. If you wish to contact the Victim-Witness Coordinator of the United States Attorney's Office for the Eastern District of New Work, please see https://www.justice.gov/usao-edny/victim-witness.

By: *K. Santana*
K. Santana

Judge Joanna Seybert
U.S. District Court for
N.Y. Eastern District
100 Federal Plaza
Central Islip, N.Y. 11722

Jerry Small
25 Cherry La. E
Syosset N.Y. 11791

8/20/24

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 23 2024 ★
LONG ISLAND OFFICE

REC'D IN PRO SE OFFICE
AUG 23 '24 PM 2:26

RECEIVED
AUG 23 2024
EDNY PRO SE OFFICE

Dear Justice Seybert

George Santos is the scum of the earth. He did the worst thing a politician can do to the voters. He totally betrayed us on every level and caused a bad reputation for all our politicians. He lied, he cheated and he stole in a most bodacious manner.

I urge you to impose the serverest penalty the law allows.

No matter how much time he serves he will still be a scam artist when he gets out and will do it again.

Respectfully yours

Jerry Small

Taxpayer + Voter

Jerry S. Small
25 Cherry Ln E
Syosset, NY 11791-1815

MID-ISLAND NY 117

21 AUG 2024 PM 3 L



RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 23 2024

LONG ISLAND OFFICE

JUDGE JOANNA SEYBERT
U.S. DISTRICT COURT FOR
EASTERN DISTRICT
100 FEDERAL PLAZA
CENTRAL ISLIP, N.Y. 11722

11722-443800