

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:BGK
F. #2022R01030

*610 Federal Plaza*
*Central Islip, New York 11722*

December 18, 2024

By ECF
The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. George Anthony Devolder Santos
              Criminal Docket No. 23-CR-197 (S-2) (JS)

Dear Judge Seybert:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-captioned case, the terms of which the defendant, George Anthony Devolder Santos, has agreed to in connection with his guilty plea accepted by Your Honor on or about August 19, 2024. Accordingly, the government respectfully requests that the Court "so order" the enclosed proposed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Thank you for Your Honor's consideration of this request.

              Respectfully submitted,

              BREON PEACE
              United States Attorney

By:   /s/ Brendan G. King
      Brendan G. King
      Assistant U.S. Attorney
      (718) 254-6006

Encl.:  Order of Forfeiture
cc:     Counsel of Record (by ECF)