JOSEPH W. MURRAY, ESQ.

3505 Veterans Memorial Highway, Ste Q
Ronkonkoma, New York 11779

T: (718)514-3855
F: (646) 514-4771
E: Joe@Jmurray-law.com

ADMITTED TO PRACTICE
New York State
Eastern District of New York
Southern District of New York
Second Circuit Court of Appeals



JOSEPH W. MURRAY
ATTORNEY AT LAW

JMURRAY-LAW.COM

August 4, 2025

**VIA: ECF**

The Honorable Joanna Seybert
United States District Court Judge
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, New York 11722

Re: *U.S. v. George Anthony Devolder Santos*, 23-CR-197(JS)
Defendant's letter motion seeking return of Mr. Santos' travel documents

Dear Judge Seybert,

I am one of the attorneys representing former Congressman George Santos in the above-mentioned case. I write to respectfully request that the Court order Pretrial Services to release and return Mr. Santos' United States and Brazilian Passports to me, on my client's behalf.

Procedurally, former Congressman George Santos was indicted for the first time on May 9, 2023, and was arraigned on May 10, 2023, before Magistrate Judge Anne Y. Shields. See, Docket Entry ("DE") No. 7. Judge Shields ordered, among other things, that my client surrender his passports to Pretrial Services, which my client immediately did. See, DE-12 at par. 7(c). After pleading guilty and being sentenced, my client self-surrendered on July 25, 2025, at Fairton FCI, where he remains in the custody of the Bureau of Prisons.

I reached out to AUSA Ryan Harris last week and he indicated that the government has no objection to this request. Thank you.

Respectfully,

Joseph W. Murray

[ ] Pretrial Services is hereby Ordered to release and return Mr. Santos' United States and Brazilian Passports to his attorney, Joseph W. Murray, on behalf of Mr. Santos.

SO ORDERED:_____

Cc: all parties via ECF